AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESNEY, MAXINE M. | U.S. DISTRICT CT./NO. DIST. CA | 03/31/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 02/26/93 | With SF City & Cty Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. |
| 2. | 10/29/05 | With State of California Judges' Retirement System for retirement benefits payable monthly until death, based on former employment as SF Superior Court Judge |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | San Francisco City & County Employees' Retirement System - Pension | $16,824.00 |
| 2. | 2020 | California Judges' Retirement System - Pension | $129,057.00 |
| 3. | 2020 | California Judges" Retirement System - Survivor Benefit | $69,870.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHESNEY, MAXINE M.** | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Mutual Fund - Columbia CA Tax - Exempt | C | Interest | M | T | | | | | |
| 2.  Bond - Calipatria CA Redev Agy | A | Interest | | | Redeemed | 09/01/20 | J | A | |
| 3.  Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 4.  Bank Accts. - Wells Fargo | C | Interest | P1 | T | | | | | |
| 5.  Common Stock - Cisco Systems | B | Dividend | L | T | | | | | |
| 6.  IRA - Raymond James (H) | | | | | | | | | |
| 7.  -Common Stock - Berkshire Hathaway Hldg Co. CL B | | None | K | T | | | | | |
| 8.  -Common Stock - Alphabet Inc. | | None | J | T | | | | | |
| 9.  -Common Stock - Merck & Co. | A | Dividend | J | T | | | | | |
| 10.  -Mutual Fund - FPA New Income | A | Dividend | J | T | Sold (part) | 07/07/20 | J | | |
| 11.  -Common Stock - Apple Inc. | A | Dividend | J | T | Sold (part) | 01/31/20 | J | B | |
| 12.  -Bond Fund - T. Rowe Price Short Term | | None | | | Sold | 01/31/20 | J | | |
| 13.  -Common Stock - Verizon | A | Dividend | J | T | | | | | |
| 14.  -Common Stock - Bristol-Meyers Squibb (formerly Celgene Corp.) | A | Dividend | | | Sold | 07/07/20 | J | | |
| 15.  -Money Mkt Fund - Fimm Treasury Only | A | Dividend | | | Sold | 07/07/20 | J | | |
| 16.  -Money Mkt Fund - Raymond James Bank Dep. | A | Interest | J | T | | | | | |
| 17.  -Common Stock - Walt Disney Co. | | None | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Corp. Bond - IShares | A | Interest | J | T | Buy | 07/07/20 | J | | |
| 19. Bond - Cal. Edl. Facs. Rev. | A | Interest | | | Redeemed | 11/02/20 | J | | |
| 20. Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | J | T | | | | | |
| 21. Common Stock - Microsoft | C | Dividend | N | T | | | | | |
| 22. Bond - CA Edl Facs | A | Interest | J | T | | | | | |
| 23. Common Stock - American Express | A | Dividend | K | T | | | | | |
| 24. Common Stock - Berkshire Hathaway CL A | | None | N | T | | | | | |
| 25. Common Stock - Berkshire Hathaway CL B | | None | N | T | | | | | |
| 26. Common Stock - Farmers & Merchants Bank Long Beach | A | Dividend | K | T | | | | | |
| 27. Common Stock - Oracle Corp. | A | Dividend | L | T | | | | | |
| 28. Bond - Hercules CA Imp't Bd | A | Interest | | | Redeemed | 03/20/20 | J | | |
| 29. Bond - Holtville CA Redev Agy | A | Interest | K | T | | | | | |
| 30. Bond - Riverbank CA Redev Agy | A | Interest | J | T | Redeemed (part) | 01/31/20 | J | | |
| 31. | | | | | Redeemed (part) | 07/01/20 | J | | |
| 32. Bond - Long Beach CA Fin. Auth. | A | Interest | K | T | | | | | |
| 33. Bond - CA Stwde Cmntys Rev | A | Interest | J | T | Redeemed (part) | 08/03/20 | J | | |
| 34. Bond - Daly City CA Hsg Dev | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - CA Stwde Comntys Dev Auth | A | Interest | K | T | Redeemed (part) | 07/24/20 | K | A | |
| 36. Common Stock - Alphabet Inc. | | None | N | T | | | | | |
| 37. Bond - Lake Elsinore CA Pub Fin'g | A | Interest | | | Redeemed | 09/01/20 | J | A | |
| 38. Common Stock - Clorox | A | Dividend | K | T | | | | | |
| 39. Common Stock - Merck & Co. | B | Dividend | K | T | | | | | |
| 40. Bank Accts. - Provident Credit Union | D | Interest | N | T | | | | | |
| 41. Mutual Fund - FPA New Incom | D | Interest | N | T | | | | | |
| 42. Bond - Chula Vista CA Elem Sch Dist | A | Interest | J | T | | | | | |
| 43. Common Stock - Apple Inc. | C | Dividend | N | T | | | | | |
| 44. Bond Fund - T. Rowe Price | | None | | | Sold | 01/08/20 | J | | |
| 45. Corp. Bond - Hewlett-Packard | B | Interest | L | T | | | | | |
| 46. Corp. Bond - CSX Corp. | B | Interest | L | T | | | | | |
| 47. Corp. Bond - Internat'l Paper | | None | | | Redeemed | 01/27/20 | K | | |
| 48. Common Stock - Phillips 66 | A | Dividend | K | T | | | | | |
| 49. Money Mkt. Acct. - Hilltop Securities | A | Interest | L | T | | | | | |
| 50. Corp. Bond - Bank of America | A | Interest | | | Redeemed | 08/17/20 | J | | |
| 51. Corp. Bond - Bank of America | A | Interest | | | Redeemed | 06/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Bond - Rowland CA Uni Sch. Dist. | A | Interest | J | T | | | | | |
| 53. Bond - CA St. Dept. of Vets Affairs Home Purch. Rev. A | A | Interest | J | T | | | | | |
| 54. Bond - San Gorgonio Mem. Healthcare | A | Interest | | | Redeemed | 09/21/20 | K | A | |
| 55. Bond - Chula Vista CA Partn | A | Interest | J | T | | | | | |
| 56. Common Stock - Gilead Sciences | B | Dividend | L | T | | | | | |
| 57. Common Stock - Verizon | B | Dividend | L | T | | | | | |
| 58. Common Stock - Walt Disney Co. | A | Dividend | M | T | | | | | |
| 59. Common Stock - Abbvie, Inc. | B | Dividend | L | T | | | | | |
| 60. Bond - CA Stwide Comnty Dev Auth | A | Interest | J | T | | | | | |
| 61. Bond - Mt. San Jacinto CA Cmnty G.O. | A | Interest | J | T | | | | | |
| 62. Bond - Rio CA Elem Sch Dist G.O. | A | Interest | J | T | | | | | |
| 63. Bond - Bakersfield CA City Sch Dist | A | Interest | K | T | | | | | |
| 64. Bond - Merced CA Sch Dist G.O. | A | Interest | J | T | | | | | |
| 65. Common Stock - Kinder Morgan Inc | C | Dividend | K | T | | | | | |
| 66. REIT - Iron Mtn Inc | B | Dividend | K | T | | | | | |
| 67. Common Stock - Facebook, Inc. | | None | L | T | | | | | |
| 68. Common Stock - Bristol-Meyers Squibb | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Common Stock - At&T, Inc. | C | Dividend | K | T | Buy<br>(add'l) | 10/15/20 | J | | |
| 70. | Corp. Bond - Advance Auto Parts | B | Interest | L | T | | | | | |
| 71. | Corp. Bond - Corning, Inc. | B | Interest | L | T | | | | | |
| 72. | Corp. Bond - Arrow Electronics, Inc. | C | Interest | L | T | | | | | |
| 73. | Corp. Bond - Autozone, Inc. | B | Interest | | | Redeemed | 08/17/20 | L | | |
| 74. | Bond - Rd 17 CA Levee Area Pub. Fin. | A | Interest | J | T | | | | | |
| 75. | Bond - Amador Water Agy CA Water Rev. | A | Interest | K | T | | | | | |
| 76. | Bond - Stockton CA Redev. Agy Successor | A | Interest | J | T | | | | | |
| 77. | Bond - Washington TWP CA Health G.O. Ref. | A | Interest | K | T | | | | | |
| 78. | Bond - W. Contra Costa CA Unif. Sch. Dist | A | Interest | J | T | | | | | |
| 79. | Common Stock - FedEx Corp. | A | Dividend | K | T | | | | | |
| 80. | Corp. Bond - Avnet, Inc. | B | Interest | K | T | | | | | |
| 81. | Corp. Bond - Abbott Labs | B | Interest | K | T | | | | | |
| 82. | Corp. Bond - Markel Corp. | A | Interest | K | T | | | | | |
| 83. | Corp. Bond - O'Reilly Automotive | B | Interest | K | T | Redeemed<br>(part) | 10/14/20 | J | | |
| 84. | Corp. Bond - KLA-Tencor Corp. | A | Interest | | | Redeemed | 03/02/20 | K | A | |
| 85. | Bond - N. Cal. Transmission AG | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bond - Santa Clara CA Unif. Sch. Dist. | A | Interest | K | T | | | | | |
| 87. Bank Accts. - Union Bank | D | Interest | O | T | | | | | |
| 88. Corp. Bond - Amgen, Inc. | B | Interest | | | Redeemed | 12/16/20 | L | B | |
| 89. Corp. Bond - Analog Devices | B | Interest | K | T | Redeemed (part) | 03/12/20 | L | A | |
| 90. Corp. Bond - Church & Dwight | A | Interest | K | T | | | | | |
| 91. Common Stock - Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 92. Common Stock - Covanta Hldg Corp. | A | Dividend | K | T | | | | | |
| 93. Corp. Bond - American Elec. Power, Inc. | A | Interest | | | Redeemed | 11/13/20 | K | | |
| 94. Corp. Bond - CVS Caremark Corp. | B | Interest | K | T | | | | | |
| 95. Corp. Bond - Dominion Energy, Inc. | A | Interest | | | Redeemed | 07/01/20 | K | | |
| 96. Corp. Bond - General Mills | B | Interest | K | T | | | | | |
| 97. Corp. Bond - Wells Fargo | C | Interest | L | T | | | | | |
| 98. Corp. Bond - Kellog Co. | B | Interest | | | Redeemed | 12/15/20 | K | | |
| 99. Bond - Charter Oak Ca Unified Sch. Dist | A | Interest | K | T | | | | | |
| 100. Bond - Stockton Ca Unified Sch. Dist. | A | Interest | J | T | | | | | |
| 101. Bond - Jefferson Ca Union High Sch. Dist. | A | Interest | J | T | | | | | |
| 102. Bond - Imperial CA Comm. College Dist. | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Bond - Lompoc CA Water Rev. | A | Interest | J | T | | | | | |
| 104.  Bond - Rio Vista CA Pub. Fin. Auth. | A | Interest | K | T | | | | | |
| 105.  Bond - Alhambra CA Insd Rev. | A | Interest | J | T | | | | | |
| 106.  Bond - Elk Grove CA Fin. Auth. | A | Interest | J | T | | | | | |
| 107.  Bond - Rincon Vy CA Unif. Sch. Dist. | A | Interest | J | T | | | | | |
| 108.  Bond - Dixie CA Sch. Dist. | A | Interest | J | T | | | | | |
| 109.  Bond - W. Hollywood CA Pub. Fing. Auth. | A | Interest | J | T | | | | | |
| 110.  Bond - Centinella Valley CA Union Sch. Dist. | A | Interest | J | T | | | | | |
| 111.  Bond - Calexico CA Unif. Sch. Dist. | A | Interest | J | T | | | | | |
| 112.  Bond - Ripon CA Unif. Sch. Dist. | A | Interest | K | T | | | | | |
| 113.  Bond - Indep. Cities CA Fing. Auth. | A | Interest | K | T | | | | | |
| 114.  Bond - CA Infrastructure & Econ. Dev. | A | Interest | K | T | | | | | |
| 115.  Money Mkt Fund - Fimm Treasury Only | A | Dividend | K | T | | | | | |
| 116.  Corp. Bond - Dollar Tree | D | Interest | M | T | Buy<br>(add'l) | 01/22/20 | L | | |
| 117.  Corp. Bond - Verizon | A | Interest | K | T | | | | | |
| 118.  Corp. Bond - American Express | B | Interest | K | T | Redeemed<br>(part) | 09/29/20 | L | A | |
| 119.  Corp. Bond - Kohls | B | Interest | | | Sold | 05/11/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Money Mkt Acct - Raymond James Bank | A | Interest | N | T | | | | | |
| 121.  Corp. Bond - Constellation Brands | B | Interest | L | T | | | | | |
| 122.  Corp. Bond - EBay Inc. | B | Interest | K | T | | | | | |
| 123.  Corp. Bond - American Tower | B | Interest | L | T | | | | | |
| 124.  Corp. Bond - Comerica | B | Interest | L | T | | | | | |
| 125.  Corp. Bond - Kansas City Southern | B | Interest | K | T | | | | | |
| 126.  Bank Acct. - Charles Schwab | A | Interest | K | T | | | | | |
| 127.  Bank Acct. - First Republic | C | Interest | N | T | Open | 02/07/20 | M | | |
| 128.  Bond - Fresno CA Unif. Sch. Dist. | | None | K | T | Buy | 09/29/20 | K | | |
| 129.  Bond - Walnut Creek CA Sch. Dist. | | None | J | T | Buy | 10/20/20 | J | | |
| 130.  Corp. Bond - Goldman Sachs Corp. | D | Interest | M | T | Buy | 01/22/20 | M | | |
| 131.  Common Stock - Viatris Inc. | | None | J | T | Spinoff<br>(from line 91) | 11/16/20 | J | | |
| 132.  Corp. Bond - Fed Ex Corp. | B | Interest | M | T | Buy | 07/07/20 | M | | |
| 133.  Corp. Bond - AT&T Inc. | B | Interest | L | T | Buy | 07/07/20 | M | | |
| 134.  Common Stock - Heron Therapeutics | | None | J | T | Buy | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHESNEY, MAXINE M.** | 03/31/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I./Part VII:  All Family Trust #1 assets are included in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 03/31/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MAXINE M. CHESNEY**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544